**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

FEDERAL TRADE COMMISSION,

    Plaintiff,

vs.                                                   Case No. 3:14-cv-786-J-34PDB

LANIER LAW, LLC, et al.,

    Defendants.

_____

## **ORDER**

**THIS CAUSE** is before the Court on Defendant Surety Law Group, LLP's Amended Motion to Modify *Ex Parte* Temporary Restraining Order With an Asset Freeze (Dkt. No. 33; Motion) filed on July 21, 2014. For the reasons stated on the record during the hearing held on August 1, 2014, it is hereby

**ORDERED**:

1. Defendant Surety Law Group, LLP's Amended Motion to Modify *Ex Parte* Temporary Restraining Order With an Asset Freeze (Dkt. No. 33) is **GRANTED, in part, and DENIED, in part**.

2. The Motion is **GRANTED** with respect to the Fortress DC and Redstone DC entities. As the Temporary Restraining Order is dissolved as to these two entities, any funds or assets held pursuant to the Temporary Restraining Order shall be immediately released.

3. Otherwise, the Motion is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 1st day of August, 2014.

*Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record