# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

---

FEDERAL TRADE COMMISSION                    CASE NO.  3:14-cv-786-J-34PDB

v.

LANIER LAW, LLC, et al.

Counsel for Plaintiff:                      Counsel for Lanier Defendants:
Harold Kirtz                                Michael Lanier

Counsel for Fortress DC and Robles:         Counsel for Redstone DC and Rennick:
Brandon Stanko                              Catherine Faughnan

---

**HONORABLE MARCIA MORALES HOWARD, UNITED STATES DISTRICT JUDGE**
Courtroom Deputy: Jodi L. Wiles       Court Reporter: Cindy Packevicz

---

## CLERK'S MINUTES

**PROCEEDINGS OF:** TELEPHONIC MOTION HEARING

Oral argument by counsel.

Motion to Have Emergency Motion to Modify Preliminary Injunction Heard on Thursday, April 30, 2015 (Dkt. No. 160) is **DENIED as MOOT**.

Defendant Edward Rennick's Emergency Motion to Modify Preliminary Injunction (Dkt. No. 157) is **DENIED**.

With the agreement of the Federal Trade Commission, the Court authorizes the release of any funds being held in the BBVA Compass Bank account ending in 7152.

---

DATE: May 6, 2015         TIME: 2:05 p.m. - 2:45 p.m.         TOTAL: 40 Minutes